UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Celia Bracamontes**; **Priscilla's Sala De Belleza Inc**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: No. 5:19-CV-02723-SVK <br><br> [~~proposed~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to and include February 13, 2020.
2. All other dates that are triggered by the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: January 27, 2020            _/s/ Susan van Keulen_

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE