UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>CELIA BRACAMONTES, et al.,<br><br>      Defendants. | Case No. 19-cv-02723-SVK<br><br>**ORDER EXTENDING DEADLINE TO FILE DISMISSAL**<br><br>Re: Dkt. No. 24 |

On March 13, 2020, the Parties filed a joint stipulation to extend the deadline by which to file a dismissal from March 17, 2020 to April 16, 2020. Dkt. 24. The Parties have provided only boilerplate language in requesting a continuance, without providing any specific, reasonable bases for the extension. Accordingly, this one-time-only extension shall be limited to seven (7) days. The Parties are to file a stipulation of dismissal by **March 24, 2020**. If a dismissal is not filed by March 24, 2020, the parties will be required to attend the order to show cause hearing on **March 31, 2020 at 10:00 a.m.**

**SO ORDERED.**

Dated: March 13, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge