UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CELIA BRACAMONTES, et al.,<br><br>    Defendants. | Case No. 19-cv-02723-SVK<br><br>**ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 26 |

Before the Court is Plaintiff Scott Johnson's Response to this Court's Order to Show Cause (Dkt. 23). Good cause appearing, the March 31, 2020 Order to Show Cause hearing is hereby **CONTINUED** to **April 28, 2020 at 10:00 a.m.** A stipulation of dismissal or a show cause response must be filed by **April 24, 2020 at 12:00 p.m.** If a dismissal is filed by that time, the Order to Show Cause hearing will be vacated.

**SO ORDERED.**

Dated: March 25, 2020

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge