CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

SERVANDO R. SANDOVAL (SBN: 205339)
ssandoval@pahl-mccay.com
ERIC J. STEPHENSON (SBN: 282305)
estephenson@pahl-mccay.com
PAHL & MCCAY
A Professional Law Corporation
225 West Santa Clara Street, Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Attorneys for Defendant
Celia Bracamontes and Priscilla's Sala De Belleza Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>CELIA BRACAMONTES; PRISCILLA'S SALA DE BELLEZA INC, a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 5:19-CV-02723-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 29, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: March 30, 2020          PAHL & MCCAY

By: /s/ Eric J. Stephenson
    Servando R. Sandoval
    Eric J. Stephenson
    Attorneys for Defendant
    Celia Bracamontes and Priscilla's
    Sala De Belleza Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eric J. Stephenson, counsel for Celia Bracamontes and Priscilla's Sala De Belleza Inc., and that I have obtained Mr. Stephenson's authorization to affix his electronic signature to this document.

Dated: March 30, 2020         CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff